Peck & Hills Furniture Company, appellee, v. Charles F. Lorenzen, appellant. Gen. No. 30,110.

Action upon a stated account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude. Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

J. Kendall Mitchell, for appellant. Harper E. Osborn, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

F. E. Scotten, trading as F. E. Scotten Bank Service, appellee, v. Edgewater Trust & Savings Bank, appellant. Gen. No. 30,153.

Action for breach of contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed October 6, 1925.

Samuel M. Dague and James J. Danaher, for appellant. Colson, Levering & Johnson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Henry Moss, appellee v. M. R. Duket, appellant. Gen. No. 30,175.

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Novak & Novak and Leo L. Donahoe, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Fannie B. Rupert, appellee, v. Samuel L. Cooper et al., on appeal of Minnie Evers and Albert Evers, appellants. Gen. No. 30,184.

Suit to foreclose trust deed. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed in part and reversed in part. Opinion filed October 6, 1925.

Peter J. Hower, for appellants. Frisch & Frisch, for appellee; Sidney Frisch and Avern B. Scolnik, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Nat Ginsburg and Abe Ginsburg, trading as Nat Ginsburg & Brother, and as Esco Woolen Company, appellees, v. Rubin Ballis, trading as Sherman Cloak Company, appellant. Gen. No. 30,193.

Action on account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925.

Max M. and Samuel Grossman, for appellant. No appearance for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.